ALFRED W. WADE and Others, Copartners, etc., Respondents, v. FRANCIS L. KOHLMAN, Individually and as Trustee of FRANK L. STOTT, Bankrupt, Appellant, Impleaded with Another, Defendant.   (Actions Nos. 1 and 2.) — Judgments and orders affirmed, with costs.  No opinion.  Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ALFRED W. WADE and Others, Copartners, etc., Respondents, v. FRANCIS L. KOHLMAN, Individually and as Trustee of FRANK L. STOTT, Bankrupt. Appellant. (Action No. 3.) — Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JOSEPH KAUSCHINGER, Respondent, v. SALMA KAUSCHINGER, Appellant.— Judgment affirmed.  No opinion.  Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

EQUITABLE EASTERN BANKING CORPORATION, Respondent, v. ASIATIC LACE AND RUG CORPORATION, Appellant.— Judgment reduced to the sum of $11,030.08, and as so modified the judgment and order appealed from are affirmed, with costs to the respondent.  No opinion.  Present — Clarke, P. J., Merrell, Finch. Martin and .Burr, JJ.

CARMINE ADAMO, Respondent, v. UNION STEVEDORING CORPORATION, Appellant.— Order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THOMAS E. O'NEIL, Respondent, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc., Appellant.— Judgment* and orders entered on March 7, 1924, as resettled, and the order entered on April 9, 1924, affirmed, with costs. Appeal from order entered on October 31, 1923, and from order entered on January 18, 1924, affirming said order of October 31, 1923, dismissed.  No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE M. C. LEATHER CORPORATION, Respondent, v. I. RAVICH & SONS, INC., Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MORRIS COHEN, Respondent, v. SAMUEL COHN and Others, Trading as S. COHN COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. (See Mauro v. Cooper, 181 App. Div. 884; Saraga v. Strauss, 208 id. 66.)   Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WILLIAM WHITMAN COMPANY, INC., Respondent, v. HERBERT A. WITCOMBE and Another, Appellants.— Judgment and order affirmed, with costs.  No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LOUIS MEISELMAN, Respondent, v. LEO BEILINSON and Others, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SAMUEL STERN, Respondent, v. CARNEGIE HALL, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Martin, J., dissents.

GASTON AMSTEL REALTY CORPORATION, Appellant, v. THOMAS A. MONAGHAN, Respondent.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

* According to Record on Appeal the judgment was entered on March 8, 1924.— [REP.